

445 Park Avenue    P: 646-379-77093
9th Floor    F: 866-839-4306
New York, NY 10022    E: tma@youngandma.com

September 3, 2025

Via ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED.**

Re: Ray v. Rakuten Marketing LLC, et al.
      25-cv-05146-JAV-OTW

Dear Judge Wang,

We are counsel to Plaintiff in this action. Pursuant to Your Honor's Individual Practices in Civil Cases, Section I(e), we respectfully request an adjournment of the Initial Pretrial Conference (Dkt. No. 21), currently October 7, 2025.

This is the first request for adjournment, to which defense counsel consents, which is necessary due to Plaintiff's counsel's travel. Alternative dates on which parties' counsels are available are:

Tuesday, October 14, 2025 at 11:30 am
Wednesday, October 15, 2025 at 11:30 am
Thursday, October 16, 2025 at 11:30 am

Thank you for your consideration.

Respectfully submitted,

*Tiffany Ma*
Tiffany Ma

cc: Defendants' Counsel (via ECF)

Application **GRANTED.** Parties' conference on October 7, 2025 is **ADJOURNED** to October 30, 2025 at 11:00am in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

**SO ORDERED.**

_____
Ona T. Wang      September 5, 2025
U.S.M.J.

www.youngandma.com