YOUNG & MA LLP

445 Park Avenue
9th Floor
New York, NY 10022

P: 646-379-77093
F: 866-839-4306
E: tma@youngandma.com

# MEMO ENDORSED.

July 2, 2026

Via ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Ray v. Rakuten Marketing LLC, et al.
25-cv-05146-JAV-OTW

Dear Judge Wang,

We represent the Plaintiff in the above-captioned action. Pursuant to Section II(e) of Your Honor's Individual Practices in Civil Cases, we respectfully request an adjournment of the Discovery Status Conference currently scheduled for July 21, 2026, at 11:30 a.m. (Dkt. Nos. 55, 58).

Plaintiff's counsel has an unavoidable scheduling conflict on that date due to a multi-party mediation. This is the first request for an adjournment of this conference, to which defense counsel does not object.

Subject to the Court's availability, the parties are mutually available for the rescheduled conference on either July 28, 2026, or August 4, 2026.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Tiffany Ma

The parties have failed to meet their July 2 deadline to submit a new proposed case management plan, as Ordered on June 25, 2026. Parties are directed to file a new jointly proposed case management plan by **Friday, July 17, 2026**, or risk sanctions under Fed. R. Civ. P. 16, 18 U.S.C. § 401, and/or the court's inherent authority.

As such, the July 21 Status conference will move forward as scheduled. Counsel for Plaintiff is directed to file the Order setting the mediation if she seeks to renew the request for an adjournment.

**SO ORDERED.**

Ona T. Wang
U.S.M.J.

July 14, 2026