YOUNG & MA
LLP

445 Park Avenue
9th Floor
New York, NY 10022

P: 646-379-77093
F: 866-839-4306
E: tma@youngandma.com

**MEMO ENDORSED.**

July 15, 2026

Via ECF
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Ray v. Rakuten Marketing LLC, et al.
25-cv-05146-JAV-OTW

Dear Judge Wang,

We represent the Plaintiff in this action. Pursuant to the Court's July 14, 2026 Order (Dkt. No. 60), we respectfully renew our request to adjourn the July 21, 2026 Discovery Status Conference.

We enclose a redacted copy of the JAMS mediation order confirming the July 21, 2026 multi-party mediation. No attorney in our office is available to attend the Court's conference due to this all-day commitment, for which the parties have collectively paid over $10,000, and where the dispute is worth well over seven figures for both sides.

We also re-enclose the jointly agreed-upon case management plan originally filed on June 18, 2026 (Dkt. No. 56-1). We sincerely apologize for failing to resubmit it by the July 2 deadline under the mistaken assumption that the June 18 filing was sufficient. We appreciate the Court's efforts to keep this case on track and look forward to discussing the proposed plan at a rescheduled hearing after July 24, 2026.

Thank you for your time and consideration of this matter.

Respectfully submitted,

Tiffany Ma

Enclosures

cc: Defendants' Counsel (via ECF)

**The July 21 status conference is ADJOURNED to Tuesday, August 4, 2026 at 12:00 PM in Courtroom 20D, 500 Pearl Street, New York, NY 10007.**

**SO ORDERED.**

**Ona T. Wang**
**U.S.M.J.**

**July 15, 2026**