**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

BROOKE RAY,

Plaintiff,

-against-

25 **CIVIL** 5146 (JAV)

# JUDGMENT

RAKUTEN MARKETING LLC, et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated July 21, 2026, the Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

July 23, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**